UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD F. CLARK, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 10-3030 |
| v. | : |
| | : |
| CHRYSLER GROUP, LLC, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this 5th day of November 2010, upon consideration of Defendant Chrysler Group L.L.C.'s Notice of Removal (Doc. No. 1), Plaintiff Edward F. Clark's Motion to Remand (Doc. No. 3), Defendant's Opposition to Plaintiff's Motion to Remand (Doc. No. 7), Defendant's Motion to Transfer (Doc. No. 8), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer (Doc. No. 9), Defendant's Supplemental Brief in Opposition to Plaintiff's Motion to Remand and in Further Support of its Motion to Transfer (Doc. No. 18), and Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Transfer and in Support of its Motion to Remand (Doc. No. 19), and after a hearing on the Motions on October 13, 2010, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Remand (Doc. No. 3) is DENIED;

2. Defendant's Motion to Transfer (Doc. No. 8) is GRANTED; and

3. The Clerk of Court shall TRANSFER this case to the United States Bankruptcy Court for the Southern District of New York.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.